IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELISSA SMITH,

    Plaintiff,

v.                                                          No. 18-cv-0662 SMV/CG

JAKE VU and MICHAEL HARTLEY,

## **JUDGMENT**

Having granted Defendants' Motion to Dismiss [Doc. 2] in a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**